**ORIGINAL**

From:   **Kurt J Kemp**
DOC # **266745**
New Castle Correctional Facility
P. O. BOX A
New Castle, IN 47362-1041

**CLERK**
U.S. DIST. COURT
INDIANAPOLIS DIVISION
105 U.S. COURT HOUSE
46 EAST OHIO STREET
INDIANAPOLIS, IN. 46204

**RE: COMPLAINT CIVIL ACTION 42 U.S.C. SECTION 1983**

Dear Clerk:

    Please process this MOTION TO **COMPLAINT CIVIL ACTION 42 U.S.C. SECTION 1983** . Please file stamp the filings and process this.

Thank you for all your assistance in this matter.

Sincerely,
Kurt J Kemp, Plaintiff, pro se.