NAME: Kwit Kemp
DOC# 266745  BED: T3-126
NCCF LAW LIBRARY - LEGAL MAIL
P.O. BOX A
NEW CASTLE, IN 47362

Hasler
07/05/2019
US POSTAGE $001.90
ZIP 47362
011E11676290
FIRST-CLASS MAIL

RECEIVED
JUL 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Clerk U.S. District Court
Indianapolis Division
105 US Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RECEIVED
JUL 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

LEGAL